# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PAYAN,<br><br>                       Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>                      Defendants. | Case No.: 19-CV-1976 W (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 12]** |

Parties have filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. 12.] Good cause appearing, the Court **GRANTS** the joint motion and dismisses the case with prejudice. All parties shall bear their own costs and attorneys' fees.

      **IT IS SO ORDERED.**

Dated: January 30, 2020

_____
Hon. Thomas J. Whelan
United States District Judge